# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

**FORT LAUDERDALE**          Date: 06/30/2023   Time: 11:00AM

Defendant: SANJAY SINGH (B)    J#: ON BOND    Case #: 23-60117-CR-ALTONAGA
AUSA: KIRAN BHAT  (T. JONES DUTY AUSA)    Attorney: PETER PATANZO AND J. BENJAMIN
Violation: 18:U.S.C.§ 1349, 1343, 1957
Proceeding: RRC AND POSSIBLE ARRAIGNMENT    CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No    Recommended Bond:
Bond Set at:                                  Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to:
- [ ] Other:

Language: ENGLISH

Disposition:
DEFENDANT PRESENT IN COURT WITH COUNSEL. DEFENSE ATTORNEY REQUESTING MORE TIME. GRANTED. RRC AND ARRAIGNMENT IS RE-SET TO JULY 19, 2023 AT 11 AM. **THE TIME FROM TODAY THROUGH 7/19/2023 IS HEREBY EXCLUDED UNDER THE SPEEDY TRIAL ACT. THE COURT FINDS THA THE ENDS OF JUSTICE SERVED BY GRANTING THE CONTINUANCE OUTWEIGHS THE INTERESTS OF THE DEFENDANT AND THE PUBLIC IN A SPEEDY TRIAL ***

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:    JULY 19 2023 AT 11 AM DUTY MAGISTRATE
PTD/Bond Hearing:
Prelim/Arraign or Removal:    JULY 19 2023 AT 11 AM DUTY MAGISTRATE
Status Conference RE:
D.A.R. 10:42:12-10:43:34                Time in Court: 5 MINUTES

Page: Type #