**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-60117-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**SANJAY SINGH**,

      Defendant.

_____/

**<u>OMNIBUS ORDER ON MOTIONS</u>**

THIS CAUSE came before the Court on Motion in Limine [ECF No. 136]; Motion in Limine to Limit the Scope of Testimony by the Receivers and Their Forensic Accountants [ECF No. 140]; Unopposed Motion to Continue Trial [ECF No. 146]; and additional motions and applications brought to the Court's attention at a pretrial conference held on October 1, 2024. Being fully advised, having reviewed the submission of the parties and heard the arguments of counsel, and for the reasons stated on the record at the October 1, 2024, conference, it is **ORDERED AND ADJUDGED** that:

1. Motion in Limine {ECF No. 136} is **GRANTED IN PART and DENIED IN PART**, for reasons stated on the record at the October 1, 2024 conference and at prior pretrial conferences.

2. Motion in Limine to Limit the Scope of Testimony by the Receivers and Their Forensic Accountants [ECF No. 140] is **GRANTED IN PART and DENIED IN PART,** for reasons stated on the record at the October 1, 2024 conference and at prior pretrial conferences.

3. Unopposed Motion to Continue Trial [ECF No. 146] is **DENIED**.

CASE NO. 23-60117-CR-LEIBOWITZ

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of October, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

2