UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 23-60117-CR-LEIBOWITZ

UNITED STATES OF AMERICA

v.

SANJAY SINGH,

      **Defendant.**

_____/

**UNITED STATES' NOTICE OF INTENT TO PROCEED UNDER FEDERAL RULES OF EVIDENCE 902(11) AND 803(6)**

The United States of America, by and through the undersigned Assistant United States Attorneys, gives notice of the United States' intent to proceed under Federal Rules of Evidence ("FRE") 902(11) and 803(6) and rely on Certified Domestic Records of Regularly Conducted Activity. As stated in the Rule:

> "The original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person that complies with a federal stature or a rule prescribed by the Supreme Court. Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record — and must make the record and certification available for inspection — so that the party has a fair opportunity to challenge them."

[This space is intentionally left blank.]

The Government has provided the certification for First Internet Bank, and it is attached as an exhibit hereto as Exhibit 1.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/Roger Cruz
ROGER CRUZ
Assisted United States Attorney
Florida Bar No. 157971
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9207
Facsimile: 305-536-4699
Email: roger.cruz@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system.

By: /s/ Robert F. Moore<br>
Assistant United States Attorney