UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SANJAY SINGH**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Motion to Enforce Sequestration Order Against Neptime Dieujuste and Michael Szochet [ECF No. 172]. Being fully advised, having reviewed the submissions and arguments of the parties, for the reasons stated on the record in open court on October 8, 2024, it is **ORDERED AND ADJUDGED** that the Motion is **DENIED**.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida, this 8th day of October, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record