UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

UNITED STATES OF AMERICA

v.

SANJAY SINGH,

       **Defendant.**
_____/

## AMENDED WITNESS LIST

The United States of America hereby submits its list of witnesses that it reserves the right to call in its case-in-chief at trial. The United States makes no representation regarding whether it has subpoenaed a particular witness for trial and reserves the right to call witnesses not listed, with the Court's permission.

1. Anup Rashtrawar
2. Camy Bertrand
3. Daniel J. Costello
4. Hubert St Preux
5. Garlene Gallumette
6. Esther Bien-Aime
7. Odelim Felix
8. Thedson Desravines
9. Steven Houston
10. Marcelin Tassy
11. Josiane Estime

12. Jean Fenelon

13. Pasha Williams

14. Kara Cooper

15. Jean Willer Jean

16. Danielle Justilien

17. Chris Apagwu

18. Kettline Apagwu

19. Jeremy Perkins

20. Joseph Leclair

21. Ricardo Gutierrez

22. Scott Mulkey

23. Jeremiah Young

24. Daniel Sejour

25. Dontae Bellony

26. Donald Provost

27. Richard Rand

28. Sharon Cooper

29. Elizabeth Hueber

30. Paul Lopez

31. Soneet Kapila

32. Paul Phelps

33. Murvat Musa

34. Thomas Smeltz

35. FBI Undercover Agent 1

36. FBI Undercover Agent 2

37. Alexander Gordon, FBI Computer Forensic

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Robert F. Moore
Assistant United States Attorney
Court Id. No. A5502488
99 N.E. 4th Street
Miami, FL 33132
Telephone: (305) 961-9411
Email: Robert.Moore@usdoj.gov

By: /s/Roger Cruz
Roger Cruz
Assisted United States Attorney
Florida Bar No. 157971
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9207
Facsimile: 305-536-4699
Email: roger.cruz@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically file with the Clerk of the Court using CM/ECF.

By: /s/ Roger Cruz
Assistant United States Attorney

3