UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SANJAY SINGH**,

    Defendant.
_____/

## OMNIBUS ORDER ON MOTIONS

THIS CAUSE came before the Court on Motion to File Under Seal Ex Parte Motion [ECF No. 186]; Ex Parte Motion for Document Preservation Order and In Camera Review [ECF No. 187]; and Motion to File Under Seal and Ex Parte Notice of Expert Testimony [ECF No. 188]. Being fully advised, having reviewed the submission of the parties and heard the arguments of counsel, and for the reasons stated on the record at the October 15, 2024 hearing, it is **ORDERED AND ADJUDGED** that:

1. Motion to File Under Seal Ex Parte Motion [ECF No. 186] is **WITHDRAWN by the Defendant**;

2. Ex Parte Motion for Document Preservation Order and In Camera Review [ECF No. 187] is **WITHDRAWN by the Defendant**, and has now been replaced by the filing docketed at [ECF 190]; and

3. Motion to File Under Seal and Ex Parte Notice of Expert Testimony [ECF No. 188] is **WITHDRAWN by the Defendant.**

CASE NO. 23-60117-CR-LEIBOWITZ

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida, this 15th day of October, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record