UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANJAY SINGH,

    Defendant.

_____/

## DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE<br>Hon. David S. Leibowitz | | | | | ASSISTANT UNITED STATES ATTORNEY<br>Robert Moore/Roger Cruz | DEFENDANT'S ATTORNEY<br>Abigail Becker/Victor Van Dyke |
|---|---|---|---|---|---|---|
| TRIAL DATE<br>October 7, 2024 | | | | | COURT REPORTER | COURTROOM DEPUTY<br>Tamisha Shotwell |
| PLF. NO. | EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | B-10 | | | | Fleet Policy and Procedure Manual 10-15-21 | |
| | B-12 | | | | Safety Management Plan | |
| | B-13 | | | | Motive invoice for ELDs and service 10/19/22 | |
| | B-14 | | | | Request to upgrade FMCSA rating | |
| | B-16 | | | | GoMotive invoice 5-20-22 | |
| | B-17 | | | | Rand email process to approve repairs 11-16-22 | |
| | B-22 | | | | Rand email re driver-employee discipline 9-8-22 | |
| | B-38 | | | | Rand email of resignation 2-8-23 | |
| | C-2 | | | | Internal Hours of Service Procedures 10-14-21 | |
| | C-3 | | | | LeClair email re MVR Monitoring with JJ Keller 8-13-21 | |
| | C-5 | | | | email re fleet management | |
| | G-1 | | | | Tenstreet invoices | |
| | G-22 | | | | RBL Benefits Enrollment Form | |
| | G-25 | | | | RBL Web Application User Guide | |
| | G-26 | | | | 10.17.2021 Weekly Settlement for Kiari Singleton | |
| | G-41 | | | | RBL Meeting Minutes for 7.5.2022 Compliance Weekly Meeting | |
| | G-42 | | | | Email circulating Alcohol and Drug Policy 8.19.2022 | |
| | G-43 | | | | RBL Drug and Alcohol Policy | |
| | G-45 | | | | 06.14.2022 Performance Deficiencies and Improvement Plan Memo | |
| | H-1 | | | | email Karen Wolsey to Manohar requesting credit app | |

| | | | | | |
|---|---|---|---|---|---|
| | H-2 | | | | YC Credit application |
| | H-3 | | | | email Manohar to Wolsey w completed credit app |
| | H-4 | | | | Manohar completed credit app |
| | H-5 | | | | Manohar 6-15-23 email with credit app and supporting docs |
| | J-8 | | | | Engagement letter 1-1-21 |
| | J-10 | | | | BL 7-7-21 Invoice |
| | J-11 | | | | BL 10-26-21 Invoice |
| | J-12 | | | | BL 11-26-21 Invoice |
| | J-13 | | | | BL 1-10-22 Invoice |
| | J-15 | | | | BL 4-4-22 Invoice |
| | J-16 | | | | BL 7-14-22 Invoice |
| | J-17 | | | | BL 2-10-21 Invoice |
| | J-18 | | | | BL 2-22-21 Invoice |
| | J-19 | | | | BL 3-31-21 Invoice |
| | J-20 | | | | BL 4-30-21 Invoice |
| | J-21 | | | | BL 5-31-21 Invoice |
| | J-29 | | | | BL RBL engagement letter 9-1-21 |
| | L-4 | | | | Mulkey email re offering health ins |
| | L-10 | | | | Mulkey email re trucks waiting for pickup |
| | L-28 | | | | Letus LLC Week Settlement 16 |
| | L-40 | | | | Truck Spreadsheet |
| | M-1 | | | | New Asset Acquisition Checklist |
| | O-6 | | | | Apr PNC stmt Keke & Coo |
| | Q-1 | | | | Truck and Trailer Inspection Checklist |
| | Q-3 | | | | S Singh email re uploading BOLs 5-21-19 |
| | Q-5 | | | | S Singh email naming R Gutierrez Director Ops 7-31-19 |
| | S-1 | | | | truck spreadsheet |
| | S-2 | | | | JJ Keller contract for MVR monitoring service |
| | S-3 | | | | payment receipt for monthly JJ Keller services |
| | S-5 | | | | Wex Purchase Summary 1-1-21 - 9-30-22 |
| | S-6 | | | | Axle insurance phys damage policy |
| | S-7 | | | | AMEX 2022 year end statement |
| | S-34 | | | | Riya Corporate Acquisition Agreement |
| | S-35 | | | | Black Lion Trailer Engagement Letter |
| | Z-4 | | | | Several mechanics in front of hangar |
| | Z-5 | | | | Side view of trailer in hangar |
| | Z-6 | | | | Side view of trailer in hangar #2 |
| | Z-7 | | | | Back view of trailer doors |
| | Z-8 | | | | Trailer manufacturing with side panels |
| | Z-9 | | | | Several trucks parked inside hangar |
| | Z-10 | | | | Trailer panels being installed |

| | | | | |
|---|---|---|---|---|
| Z-11 | | | | Tanks filled with tires for load testing |
| Z-12 | | | | Hangar entrance photo |
| Z-14 | | | | Trucks parked inside hangar |
| AC-6 | | | | Deal Sheet for Lease of Building 82 |
| AC-33 | | | | NAA Sunbiz Article of Incorporation |
| AG-30 | | | | RHC Legacy Finance Agreement |
| AG-31 | | | | RHC Legacy Lease Agreement |
| AG-32 | | | | RHC Legacy Lease Agreement Truck #2 |
| AG-33 | | | | RHC Legacy Lease Agreement Truck #1 |