| **TRADING ACTIVITIES BY SANJAY SINGH** | | |
|---|---|---|
| **TD Ameritrade** | | |
| **Royal Bengal Logistics, Inc. - Account ##253-343647** | | |
| Funds In | $16,542,800.00 | |
| Funds Out | $8,444,001.00 | |
| Gain/Loss | | -$8,098,799.00 |
| **Sanjay Singh - Account #493-047115** | | |
| Funds In | $12,982,700.00 | |
| Funds Out | $9,018,450.00 | |
| Gain/Loss (Including Wellbull ($16,700)+Robinhood+Coinbase ($54,062.52)+Interactive Brokers ($600) | | -$3,964,250.00 |
| | | |
| **Robinhood - Sanjay Singh - Account # 289670664653** | | |
| **Funds From North America Aerospace, LLC - Bank of America Account #898119847858)** | | |
| Funds In | $1,121,545.00 | |
| Funds Out | $659,500.00 | |
| Gain/Loss | | -$462,045.00 |
| | | |
| **Robinhood - Sanjay Singh - Account #717017164** | | |
| **Funds From Sanjay Singh - Wells Fargo Bank Account #5497985605)** | | |
| Funds In | $40,850.00 | |
| Funds Out | $2,800.00 | |
| Gain/Loss | | -$38,050.00 |
| | | |
| **Fidelity Brokerage Services, LLC -Sanjay Singh -   Account #Z25-515873** | | |
| **Funds From Sanjay Singh - Truist Bank Account #1100028750534** | | |
| Funds In | $350,000.00 | |
| Funds Out (To Suryansh Anand - Bank of America Account #XXXXXX4857) | $23,500.00 | |
| Account Balance as of 3/31/2024 | $15.24 | |
| Gain/Loss | | -$326,484.76 |
| | | |
| **Trade Station  - Account #11663780** | | |
| **Truist Bank - Sanjay Singh Account #1100028750534** | | |
| Funds In | $25,000.00 | |
| Funds Out | $0.00 | |
| Account Balance as of 5/31/2024 (Last time traded was on 2/8/2024) | $11.69 | |
| Gain/Loss | | -$24,988.31 |
| **Webull Financial** | | |
| **Funds From Sanjay Singh - Wells Fargo Bank Account #5497985605** | | |
| Funds In | $1,200.00 | |
| Funds Out | | |
| Gain/Loss | | |
| | | |
| **The Vanguard Group, Inc.** | | |
| Funds In | $100.00 | |
| Funds Out | $0.00 | |
| Account Balance as of 6/30/2024 | $105.55 | |
| Gain/Loss | | $105.55 |
| **E*Trade By Morgan Stanley** | | |
| Funds In | $8,489,024.38 | |
| Funds Out | $8,818,116.43 | |
| Gain/Loss | | $329,092.05 |
| **TOTAL GAIN/LOSS FROM TRADING** | | **-$12,585,419.47** |