UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANJAY SINGH,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Sanjay Singh, moves this Court to continue his sentencing hearing, currently set for Wednesday, March 26, 2025 (ECF No. 264), to the following week or sometime thereafter.

1. Mr. Singh proceeded to trial. On November 6, 2024, the jury returned a verdict of guilty. (ECF No. 237). The Court scheduled the sentencing hearing for February 28, 2025 (ECF No. 244) and later continued the sentencing hearing to March 26, 2025 (ECF No. 264).

2. Undersigned counsel is scheduled to be out of the district on a family vacation the week of March 24, 2025, returning on March 28, 205. Accordingly, Mr. Singh respectfully requests the Court continue the sentencing hearing to the following week, the week of March 31, 2025, or sometime thereafter.

3. Assistant United States Attorney Roger Cruz has advised that the government does not oppose this motion.

4. This motion is filed in good faith and will not cause undue delay.

For the foregoing reasons, undersigned counsel respectfully requests the Court continue Mr. Singh's sentencing hearing to sometime the week of March 31, 2025, or a date thereafter.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: /s/ Abigail Becker
     Assistant Federal Public Defender
     Florida Bar No.: 72284
     150 W. Flagler Street, Suite 1700
     Miami, Florida 33130-1556
     Tel: (305) 530-7000
     Abigail_Becker@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **March 10, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Abigail Becker*