UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**SANJAY SINGH**,

      Defendant.

_____/

## ORDER ON MOTIONS

THIS CAUSE came before the Court on Unopposed Motion to Continue Sentencing Hearing [ECF No. 266] and Motion for Status Conference Hearing [ECF No. 267]. Being fully advised, having reviewed the submissions of the parties, and for the reasons stated in the Motions, it is **ORDERED AND ADJUDGED** that the Motions are **GRANTED**. A Status Conference is scheduled for Tuesday, April 8, 2025, at 11:00 a.m., in the Fort Lauderdale Division. **IT IS FURTHER ORDERED** that the Sentencing Hearing scheduled for March 26, 2025, is cancelled, and is rescheduled to Tuesday, April 15, 2025, at 1:00 p.m., in the Fort Lauderdale Division.

**DONE AND ORDERED** in the Southern District of Florida this March 12, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record