UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LIEBOWITZ

UNITED STATES OF AMERICA

v.

SANJAY SINGH,

      **Defendant.**
_____/

**UNITED STATES' WITNESS LIST**

The United States of America hereby submits its list of witnesses whom it reserves the right to call sentencing. The United States makes no representation regarding whether it has subpoenaed any particular witness for trial and reserves the right to call witnesses not listed.

1. Daniel Costello
2. Camy Bertrand
3. Sanders A Fede
4. Pierre Saint Fleur Fede
5. Rene Merisier
6. Jeremy Perkins
7. Jennifer Waba
8. Paul Lopez

                                  Respectfully submitted,

                                  HAYDEN O'BYRNE
                                  UNITED STATES ATTORNEY

By:    */s/ Robert F. Moore*
        Robert F. Moore
        Assistant United States Attorney
        Court Id No. A5502488
        99 N.E. 4th Street
        Miami, FL 33132
        Telephone: (305) 961-9411
        Email: Robert.Moore@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on March 19, 2025, with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                  */s/ Robert F. Moore*
                                  ROBERT F. MOORE
                                  Assistant United States Attorney