

◀ TikTok

**Sanjay New Singh**
online

comes with a severe test. I believe that I am part of the test.
10:20 PM

Rest all I appreciate you recognizing my family they all love you and my daughter keep on asking when I am going to Lubbock 😃
10:21 PM

❤️

Last question: If the court rescinds all the orders will the board will honor it, let me know when you know. Possibility is very high that court may rescinds all orders.
10:30 PM

Idk. Sounds like a legal question. I'll have to discuss with our attorney.
10:31 PM ✓✓

I understand if you can let me know before 25th I will appreciate i
10:33 PM

I just loved Lubbock
10:34 PM

Will try.
10:34 PM ✓✓