UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60117-LEIBOWITZ

UNITED STATES OF AMERICA

v.

SANJAY SINGH,

   **Defendant.**
_____/

## NOTICE OF FILING VICTIM IMPACT STATEMENT

The undersigned Assistant United States Attorney hereby provides notice of filing one Victim Impact Statement.

      Respectfully submitted,

      HAYDEN P. O'BYRNE
      UNITED STATES ATTORNEY

   By: */s/Robert F. Moore*
     Robert F. Moore
     Assistant United States Attorney
     Court Id No. A5502488
     U.S. Attorney's Office
     99 Northeast Fourth Street, Suite 400
     Miami, Florida 33132-2111
     Tel: (305) 961-9411
     Email: Robert.Moore@usdoj.gov

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 29, 2025, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                          */s/Robert F. Moore*
                          Robert F. Moore
                          Assistant United States Attorney