**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-60117-LEIBOWITZ**

**UNITED STATES OF AMERICA**

**v.**

**SANJAY SINGH,**

          **Defendant.**

_____/

## <u>NOTICE OF FILING VICTIM IMPACT STATEMENT</u>

The undersigned Assistant United States Attorney hereby provides notice of filing one Victim Impact Statement.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   */s/Robert F. Moore*_____
      Robert F. Moore
      Assistant United States Attorney
      Court Id No. A5502488
      U.S. Attorney's Office
      99 Northeast Fourth Street, Suite 400
      Miami, Florida 33132-2111
      Tel: (305) 961-9411
      Email: Robert.Moore@usdoj.gov

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 29, 2025, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.


_/s/Robert F. Moore_____
Robert F. Moore
Assistant United States Attorney