FROM: C & K         A

Date: May 30, 2025

I am writing to provide a victim impact statement that not only reflects the personal suffering we have endured but also highlights the broader impact this crime has had on our family. The events of the crime committed by Mr. Sanjay Singh have reverberated far beyond our family life, causing distress and fear due to financial insecurity.

Since the crime occurred, the U.S. Securities and Exchange Commission subsequently ceased and charged Royal Bengal Logistics executives, my family has been living in a state of constant worry. My family members' children and close relatives have been deeply affected by what happened to me and my spouse.

Mr. Singh, if you are not yet aware, and just like you, my wife and many others you duped are immigrants who came to the US to further our education and/or seek a better life. We achieved the goals we set for ourselves through hard work and self-deprivation. You stole our happiness, our retirement, our financial freedom, and our money that we entrusted you with. I retired in September 2022. Because of your greed and inhumane actions, I am entering the workforce again at the age of 66 years to meet several financial obligations as well as support our extended families. Not only did you commit a crime, but you also sinned. You destroyed many people's families, took away their happiness, and above all, stole their happiness. I hope that in confinement, you will pray every second of your life for forgiveness for all the lives you have destroyed.

For my wife and I, our families have had to witness our pain, and have done their very best to support us through countless difficult days, and adjust to the changes in our personality, financial hardship, and daily life. The emotional toll on them has been immense, as they struggle with their fears and anxieties stemming from the crime you committed.

Moreover, this crime has shaken the sense of security within our financial survivability. My wife and I, who once felt safe in our financial security and well-being, now live in fear, worried about retirement and our financial situation thereafter. The sense of trust, prosperity, and camaraderie that once defined our livelihood has been replaced by suspicion and unease.

For these reasons, I ask the court to consider the far-reaching consequences of this crime when deciding on the sentence. The impact extends beyond just me and my family; it has disrupted the lives of investors and Creditors who invested in the Royal Bengal Logistics. Justice in this case should reflect the broader harm caused and maximum punishment.

Thank you for allowing me to share my experience.

Sincerely,

K        & C              A